UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAMUEL DUKORE, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 12-409 (RWR) |
| DISTRICT OF COLUMBIA, et al., | * | |
| Defendants. | * | |

## ORDER

Upon consideration of Plaintiffs' Consent Motion for Taxation of Costs/Expenses and Defendants' consent thereto, it is hereby:

ORDERED that Plaintiffs' Motion is GRANTED, and it is

FURTHER ORDERED that Defendants shall pay a sum of $210.00 to Plaintiffs for expenses incurred in making service upon Defendants O'Dea and Davidson, made payable to Capitol Process Services, Inc.

SO ORDERED.

Dated: 3/20/13

_____
HON. RICHARD W. ROBERTS
United States District Judge