UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              )
**SAMUEL DUKORE, et al.**,        )
                              )
    **Plaintiffs**,              )
                              )
    v.                        )   Civil Action No. 12-409 (RWR)
                              )
**DISTRICT OF COLUMBIA, et al.**, )
                              )
    **Defendants**.              )
_____)

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that the defendants' motion [20] to dismiss the plaintiffs' second amended complaint, or alternatively, for summary judgment, be, and hereby is, GRANTED IN PART and DENIED IN PART.  The defendants' motion to dismiss Counts One, Three, Four, and Five is GRANTED.  The defendants' motion to dismiss Count Two is DENIED.  It is further

ORDERED that Count Two be, and hereby is, DISMISSED without prejudice at plaintiffs' request.

This is a final, appealable order.

SIGNED this 19th day of September, 2013.

                                                            _____/s/_____
                                                            RICHARD W. ROBERTS
                                                            Chief Judge