# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 13-7150     September Term, 2014

FILED ON: AUGUST 25, 2015

SAMUEL DUKORE AND KELLY CANAVAN,
APPELLANTS

v.

DISTRICT OF COLUMBIA, ET AL.,
APPELLEES



MANDATE

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: 10/2/2015

BY: [signature]

ATTACHED:
— Opinion
— Order on Costs

Appeal from the United States District Court
for the District of Columbia
(No. 1:12-cv-00409)

Before: TATEL and MILLETT, *Circuit Judges*, and SENTELLE, *Senior Circuit Judge*

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:  /s/
Ken Meadows
Deputy Clerk

Date: August 25, 2015

Opinion for the court filed by Circuit Judge Millett.

A true copy
United States Court of Appeals
for the District of Columbia Circuit

By [signature] Deputy Clerk